Dismissed and Memorandum Opinion filed February 10, 2005









Dismissed and Memorandum Opinion filed February 10,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00020-CR

____________

 

TIFFANY NICHOLE KNIGHT,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County, Texas

Trial Court Cause No.  971,412

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 10, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.